IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 06-00384-01-CR-W-ODS |
| GLEN SHEPARD, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on March 7, 2007. Defendant Glen Shepard appeared in person and with Assistant Federal Public Defender Ronna Holloman-Hughes. The United States of America appeared by Assistant United States Attorney Christina Tabor.

## *I.* *BACKGROUND*

On November 1, 2006, an indictment was returned charging defendant with possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Ms. Tabor announced that Stefan Hughes will be the trial counsel for the government. The case agent to be seated at counsel table is ATF Special Agent Jim Green.

Ms. Holloman-Hughes announced that she will be the trial counsel for defendant Glen Shepard.

## III. OUTSTANDING MOTIONS

There is currently pending for ruling by the district court a motion in limine, filed by defendant on March 2, 2007 (document number 22).

## IV. TRIAL WITNESSES

Ms. Tabor announced that the government intends to call 10 witnesses without stipulations or 8 witnesses with stipulations during the trial.

Ms. Holloman-Hughes announced that defendant Glen Shepard intends to call 3 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Tabor announced that the government will offer approximately 10 exhibits in evidence during the trial.

Ms. Holloman-Hughes announced that defendant Glen Shepard will offer approximately 2 exhibits in evidence during the trial.

## VI. DEFENSES

Ms. Holloman-Hughes announced that defendant Glen Shepard will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Ms. Holloman-Hughes stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to prior felony convictions and interstate nexus.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed December 14, 2006, counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by March 7, 2007;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, March 14, 2007;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, March 14, 2007. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

A motion in limine has been filed on the following issue: motion in limine filed by defendant requesting the government be prohibited from offering

evidence of starter pistol and methamphetamine found in defendant's possession.

There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on March 19, 2007.

**The government requests placement on the second week of the docket, to which the defendant does not object.**

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
March 7, 2007

cc: The Honorable Ortrie Smith
     Mr. Stefan Hughes
     Ms. Ronna Holloman-Hughes
     Mr. Jeff Burkholder